UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THOA T. NGUYEN, et al.                          CIVIL ACTION

VERSUS                                          NO. 14-00080-BAJ-RLB

LOUISIANA STATE BOARD                           JUDGE    BRIAN    A.
JACKSON
OF COSMETOLOGY, et al.

## MEMO IN SUPPORT OF PLAINTIFFS' EXPEDITED MOTION TO STAY PROCEEDINGS

NOW COMES INTO COURT, through undersigned counsels, plaintiffs, Thoa Nguyen, Hien Hoang, Uan Pham, and Mai Thi Nguyen, submits this memorandum in support of Plaintiffs' Expedited Motion to Stay Proceedings.

Plaintiffs have submitted a Notice of Appeal (R. Doc. 197) on December 29, 2016. Plaintiffs respectfully request this court stay the proceedings until the Fifth Circuit Court of Appeals renders a final disposition on the matters to be presented in the appeal. Furthermore, there is still a pending LSBC's Motion for Summary Judgment that has not been ruled upon by this Honorable Court, which is crucial for the preparation of trial which is set on January 17, 2017.

WHEREFORE, Plaintiffs, Thoa Nguyen, Hien Hoang, Uan Pham, and Mai Thi Nguyen, pray that Plaintiffs' Expedited Motion to Stay Proceedings be granted.

Respectfully submitted,

/s/ Anh Cao
Anh "Joseph" Cao (Bar No. 26836)
Tu Thomas Hoang (Bar No. 35494)
Counsels of Record
**Cao Law Firm**
2439 Manhattan Blvd, Suite 302

Harvey, Louisiana 70058
504.367.5001
504.684.1231 (fax)
Email: acao@loyno.edu
Email: thoang@caolawfirm.com