UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THOA T. NGUYEN, ET AL.                                CIVIL ACTION

VERSUS

LOUISIANA STATE BOARD OF                              NO.: 14-00080-BAJ-RLB
COSMETOLOGY, ET AL.

### ORDER

Before the Court is the **Motion to Dismiss Appeal (Doc. 207)** filed by Plaintiffs. Plaintiffs seek to dismiss with prejudice their appeal to the United States Court of Appeals for the Fifth Circuit that was the subject of the Notice of Appeal (Doc. 197) filed in this Court on December 29, 2016.

Pursuant to Federal Rule of Appellate Procedure 42, a district court may dismiss an appeal "on the appellant's motion with notice to all parties," but only "[b]efore an appeal has been docketed by the circuit clerk." Fed. R. App. P. 42(a). Upon the docketing of an appeal by the circuit clerk, this Court lacks the authority to dismiss the appeal, and that authority rests solely with the Court of Appeals. *See* Fed. R. App. P. 42(b).

The Court has been informed by the circuit clerk that the appeal relevant to this Motion was docketed on January 5, 2017, and thus the Court lacks the authority to dismiss the appeal. *See id.* The Court urges Plaintiffs to consult Rule 42 for the proper procedures if they desire to obtain a dismissal of the appeal from the Court of Appeals.

Accordingly,

**IT IS ORDERED** that Plaintiffs' **Motion to Dismiss Appeal (Doc. 207)** is **DENIED** on the ground that the Court lacks the authority to grant such a motion after an appeal has been docketed.

Baton Rouge, Louisiana, this 19th day of January, 2017.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**